```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 05209
    JAMES W ADAIR
    CAROLINE FAITH POWELL ADAIR              CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-1145    SSN XXX-XX-6910


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/09/2006 and was confirmed 07/24/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  24.00%.

      The case was dismissed after confirmation 09/29/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-------------------------------------------------------------------------------
LONG BEACH MORTGAGE CO    CURRENT MORTG       .00            .00            .00
LONG BEACH MORTGAGE CO    MORTGAGE ARRE   1738.60            .00        1738.60
DRIVE FINANCIAL SERVICES  SECURED         2922.14        1011.59        2922.14
DRIVE FINANCIAL SERVICES  UNSECURED           .00            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        1688.79            .00        1675.15
AMERICASH LOANS LLC       UNSECURED       1265.22            .00            .00
AMERICASH LOANS LLC       UNSECURED        419.31            .00            .00
COMMONWEALTH EDISON       UNSECURED       2116.77            .00            .00
AAA CHECKMATE             UNSECURED       2558.98            .00            .00
GLOBAL PAYMENTS           UNSECURED     NOT FILED            .00            .00
GREATER SUBURBAN ACCEPTA  UNSECURED       4514.17            .00            .00
ILLINOIS BELL             UNSECURED     NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED     NOT FILED            .00            .00
META BANK                 UNSECURED        382.49            .00            .00
NEW SPIRIT CREDIT UNION   UNSECURED       1318.75            .00            .00
NICOR GAS                 UNSECURED       4487.85            .00            .00
PREMIER BANKCARD          UNSECURED     NOT FILED            .00            .00
SURETY FINANCE            UNSECURED     NOT FILED            .00            .00
TCF BANK                  UNSECURED     NOT FILED            .00            .00
FAST CASH ADVANCE         SECURED NOT I      .00            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        175.54            .00            .00
NEW SPIRIT CREDIT UNION   UNSECURED       1334.39            .00            .00
PARAGON WAY INC           UNSECURED       1828.57            .00            .00
GREATER SUBURBAN ACCEPTA  UNSECURED      12096.66            .00            .00
BURNS & WINCEK LTD        DEBTOR ATTY     2,550.00                      2,550.00
TOM VAUGHN                TRUSTEE                                         590.61
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 05209 JAMES W ADAIR & CAROLINE FAITH POWELL ADAIR
```

```
TRUSTEE                                  10,488.09

PRIORITY                                                       1,675.15
SECURED                                                        4,660.74
    INTEREST                                                   1,011.59
UNSECURED                                                           .00
ADMINISTRATIVE                                                 2,550.00
TRUSTEE COMPENSATION                                             590.61
DEBTOR REFUND                                                       .00
                                        ----------------   ----------------
TOTALS                                   10,488.09             10,488.09
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 01/28/09                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                         PAGE   2
    CASE NO. 06 B 05209 JAMES W ADAIR & CAROLINE FAITH POWELL ADAIR